

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-9-2007

# Lavira v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 05-3334

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Lavira v. Atty Gen USA" (2007). *2007 Decisions.* Paper 1390.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1390

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

NO. 05-3334

_____

MAURICE LAVIRA,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

_____

Petition for Review of an Order of the
United States Department of Justice
Board of Immigration Appeals
BIA No. A72-550-331
Immigration Judge:  Grace Sease

_____

Submitted Under Third Circuit LAR 34.1(a)
September 28, 2006

Before:  RENDELL, ROTH, AND GIBSON*, Circuit Judges,


(Filed February 26, 2007)


_____


    *  Honorable John R. Gibson, Judge of the United States Court of Appeals for the
       Eighth Circuit, sitting by designation.

    .

ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in the above case, filed February 26, 2007, be amended as follows:

At page 35, the heading "V. CONCLUSION" shall be deleted and replaced by "III. CONCLUSION."

BY THE COURT:

*/s/ Marjorie O. Rendell*
Circuit Judge

Dated: March 9, 2007